In the Matter of FRANK J. RINALDI, an Attorney.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of CHARLES S. M. FIRST, an Attorney.— Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

## (May 14, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN SQUARE BERESFORD, INC., Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1932 and 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN SQUARE BERESFORD, INC., Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1934.) No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES ORGLER, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

IRA GROBE, Respondent-Appellant, v. MAX KRAMER, Appellant-Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [178 Misc. 247.]

SEAMEN'S BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent, v. ROBERT T. RUSSELL, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

N. J. BOOTS, Respondent, v. ERWIN, WASEY & COMPANY, INC., Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Respondent, v. EMPLOYMENT CENTER BUILDING CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of JAMES H. KERLEY, on Behalf of Himself and All Others Similarly Situated, Appellant, against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

FRANK MARIANI, as a Stockholder Suing in Behalf of SCANDORE PAPER BOX Co., INC., et al., Respondents, v. FRANK SCANDORE et al., Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CORNELIA FONTANA et al., by GABRIEL FONTANA, Their Guardian ad Litem, et al., Appellants, v. MARY E. LESINGER, Respondent, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.